[Nos. 15019-4-III; 15537-4-III.   Division Three.   June 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
ARTHUR LEVERETTE, JR., *Appellant.*

*In the Matter of the Personal Restraint of* WILLIAM
LEVERETTE, *Petitioner.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-00396-7, Thomas E. Merryman,
J., entered July 6, 1995, together with a petition for relief
from personal restraint. Judgment *affirmed* and petition
*denied* by unpublished opinion per Schultheis, J., con-
curred in by Sweeney, C.J., and Thompson, J.


[No. 15464-5-III.   Division Three.   June 24, 1997.]

*In the Matter of the Marriage of* MARY L. WALKER,
*Respondent,* and WALKER J. WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 95-3-00160-7, Yancey Reser, J., entered
December 22, 1995. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Kurtz and Brown, JJ.


[No. 14609-0-III.   Division Three.   June 26, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
EBEN WALDRON, *Appellant.*

Appeal from a judgment of the Superior Court for Klick-
itat County, No. 93-1-00057-1, F. James Gavin, J., entered
December 14, 1994. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Kurtz, J., concurred
in by Sweeney, C.J., and Brown, J.